UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SCHIERBECK SUPPLY SERVICE, A.S., WORLD SHIP SUPPLY, INC., AND WRIST SHIP SUPPLY, LTD. | * | CIVIL ACTION |
| | * | NO. 12-652 |
| VERSUS | * | SECTION |
| M/V ALPS WIDESHINE, her engines, tackle and appurtenances, etc., *in rem* | * | JUDGE |
| | * | MAG. |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## VERIFIED COMPLAINT

Now into Court, through undersigned counsel, come plaintiffs, World Ship Supply, Inc. ("World Ship"), Schierbeck Supply Service, A.S. ("Schierbeck") and Wrist Ship Supply, Ltd., ("Wrist") who for this Verified Complaint against the M/V ALPS WIDESHINE, *in rem*, aver upon information and belief as follows:

I.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. §1333.

II.

Venue is proper before this Honorable Court because the M/V ALPS WIDESHINE is located within this district.

III.

At all times material hereto, plaintiff World Ship was and still is a corporation organized and existing under the laws of the State of Louisiana and was engaged in providing supplies and other necessaries to the M/V ALPS WIDESHINE.

IV.

At all material times, plaintiff Schierbeck Supply Service, A.S. was and still is a foreign corporation or other legal entity organized and existing under the laws of Denmark and was engaged in supplying necessaries to the M/V ALPS WIDESHINE.

V.

At all times material hereto, Wrist Ship Supply Ltd. was and still is a foreign corporation or other legal entity organized and existing under the laws of the Netherlands and was engaged in supplying necessaries to the M/V ALPS WIDESHINE.

VI.

At all times material hereto, the M/V ALPS WIDESHINE was and still is a Maltese flagged ocean-going cargo vessel of approximately 5493 gross registered tons, bearing IMO No. 9567685, owned by United Bright Maritime Limited, a foreign corporation or other legal entity organized and existing under the laws of Malta, which is at the time of the filing of this Verified Complaint and will be during the pendency of this

action and process hereunder, within this district and within the jurisdiction of this Honorable Court.

## VII.

In or around January through March 2012, World Ship agreed to and did provide necessaries and supplies to the M/V ALPS WIDESHINE, while she was moored at ports in the United States.

## VIII.

On 5 January 2012, 2 February 2012 and 14 March 2012, World Ship sent its invoices to the M/V ALPS WIDESHINE in care of the vessel's agents, ASP Procurement Services PTE. See invoices attached hereto *in globo* as Exhibit "A." The invoices called for payment of the full amount owed to World Ship by 15 February 2012, 15 March 2012 and 15 April 2012, respectively.

## IX.

Despite due demand, no payment was or has been received by World Ship and there remains an outstanding balance of $12,353.75 U.S., plus interest, costs and attorneys' fees, for the supply of necessaries by World Ship Supply, Inc. to the M/V ALPS WIDESHINE in or around January 2012 to March 2012.

## X.

In or around November 2011, Wrist agreed to and did provide necessaries and supplies to the M/V ALPS WIDESHINE.

XI.

On 2 November 2011 and 20 January 2012, Wrist sent its invoices to the M/V ALPS WIDESHINE in care of the vessel's agent, APS Procurement Services PTE. See, invoices attached hereto *in globo* as Exhibit "B." The invoices called for payment of the full amounts owed to World Ship by 15 December 2011 and 15 February 2012, respectively.

XII.

Despite due demand, no payment was or has been received by Wrist and there remains an outstanding balance of EURO 2,377.96 ($3,079.75 U.S. approx.), plus interest, costs and attorney's fees for the supply of necessaries by Wrist to the M/V ALPS WIDESHINE on or around November 2011.

XIII.

In or around January and February 2012, Schierbeck agreed to and did provide necessaries and supplies to the M/V ALPS WIDESHINE.

XIV.

On 7 February 2012 and 29 February 2012, Schierbeck sent its invoices to the M/V ALPS WIDESHINE in care of the vessel's agent, ASP Procurement Services PTE. See invoices attached hereto *in globo* as Exhibit "C." The invoices called for payment on 8 March 2012 and 30 March 2012, respectively.

4

XV.

Despite due demand, no payment was or has been received by Schierbeck and there remains an outstanding balance of EUR 8,634.82 ($11,196.71 U.S. approx.), plus interest, costs and attorney's fees for the supply of necessaries by Schierbeck to the M/V ALPS WIDESHINE in or around January and February 2012.

XVI.

As suppliers of necessaries to the M/V ALPS WIDESHINE on the order of her owner, and/or owner's, and/or charterer's authorized representatives, and pursuant to 46 U.S.C. §31341, *et seq*, as well as all other applicable law(s), plaintiffs are the holders of maritime liens against the M/V ALPS WIDESHINE for all amounts owed to plaintiffs, plus interest, costs and attorneys' fees.

XVII.

Plaintiffs seek an Order from this Court directing the Clerk of Court to issue a warrant for the arrest/attachment of the M/V ALPS WIDESHINE commanding the United States Marshal for the Southern District of Alabama to seize and arrest the M/V ALPS WIDESHINE, and further requests that the vessel thereafter be sold at judicial sale, the proceeds thereof to be deposited into the registry of the Court and, after due proceedings had, to be disbursed to World Ship in satisfaction of the debts owed to plaintiffs.

XVIII.

All and singular, the foregoing premises are true and correct and within the admiralty and maritime jurisdiction of the United States of America and this Honorable Court.

XIX.

Plaintiffs reserve the right to supplement and amend this Verified Complaint as further facts become available.

**WHEREFORE**, plaintiffs pray that:

1) This Verified Complaint be deemed good and sufficient;

2) Process in the due form of law be issued pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and that the M/V ALPS WIDESHINE, presently or during the pendency of this action, due to be lying afloat on the navigable waters of the United States of America within the jurisdictional limits of this Court be arrested and attached in the proceeding to the amount of plaintiffs' claims stated herein, plus interest, costs and attorneys' fees;

3) All parties claiming an interest, title or right in the said vessel appear and answer, all and singular, the allegations of this Verified Complaint;

4) After due proceedings, World Ship Supply, Inc. be awarded judgment against defendant, the M/V ALPS WIDESHINE, her engines, boilers, tackle, furniture, apparel, etc., *in rem*, in the amount of the aforesaid $12,353.75, plus interest, costs and attorneys' fees;

5) After due proceedings, Wrist Ship Supply Ltd. be awarded judgment against defendant, the M/V ALPS WIDESHINE, her engines, boilers, tackle, furniture, apparel, etc., *in rem* in the amount of EURO 2,377.96 ($3,079.75 U.S. approx.), plus interest, costs and attorney's fees;

6) After due proceedings, Schierbeck Supply Service, A.S. be awarded judgment against defendant, the M/V ALPS WIDESHINE, her engines, boilers, tackle, furniture, apparel, etc. *in rem* in the amount of EURO 8,634.82 ($11,196.71 U.S. approx..), plus interest, costs and attorney's fees;

7) The M/V ALPS WIDESHINE be condemned and sold to satisfy any judgment awarded by the Court herein or in arbitration; and

8) Plaintiffs pray for such other and further relief as the law and justice may require.

Respectfully submitted,

**OF COUNSEL:**
MURPHY, ROGERS, SLOSS & GAMBEL
Robert H. Murphy (La Bar No. 9850)
rmurphy@mrsnola.com
Ronald J. White (La. Bar No. 21943)
rwhite@mrsnola.com
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA  70139

- and –
200 West Thomas Street
Hammond, LA  70401
Tele:  504.523.0400
Fax:  504.523.5574

-and-

_____
GREGORY C. BUFFALOW (BUFG 3126)
Additional counsel for Plaintiff

8

OF COUNSEL:

SATTERWHITE BUFFALOW & TYLER LLC
1325 Dauphin Street
Mobile, Alabama 36604
Tel. (251) 432-8120
Fax (251) 405-0147

*Attorneys for Schierbeck Supply Service, A.S., World Ship Supply, Inc., and Wrist Ship Supply Ltd.*

**INSTRUCTIONS FOR U.S. MARSHAL:**

**PLEASE ISSUE WARRANT OF ARREST/ATTACHMENT AND ARREST/ATTACH THE M/V ALPS WIDESHINE LYING AFLOAT Pier 8, Alabama State Docks or ARC Terminal, Blakely Island, Mobile, Alabama**

**PLEASE SERVE:**

**M/V ALPS WIDESHINE**
**c/o her Master**