## ACCOUNT STATEMENT

World Ship Supply
PO Box 1265
77536 Deer Park
TEXAS
USA

Telephone.................: 281-946-2100
Fax..........................: 281-476-9578

ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

Customer account .....: 206835
Currency ..................: USD

| Date | Voucher | Vessel name | Due | Currency | Debit | Credit | Balance | Customer requisition | Project |
|------|---------|-------------|-----|----------|-------|--------|---------|----------------------|---------|
| 01/01/2007 | | Opening | | | | | | | |
| 01/05/2012 | jax-00009480 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 1,597.67 | - | 1,597.67 | ALW 11-0182 | jax-101610 |
| 01/05/2012 | jax-00009481 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 3,089.57 | - | 4,687.24 | ALW 11-0154 | jax-101610 |
| 01/05/2012 | jax-00009482 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 589.00 | - | 5,276.24 | ALW 11-0155 | jax-101610 |
| 01/05/2012 | jax-00009483 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 1,137.60 | - | 6,413.84 | ALW 11-0160 | jax-101610 |
| 01/05/2012 | jax-00009484 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 1,822.28 | - | 8,236.12 | ALW 11-0158 | jax-101610 |
| 01/05/2012 | jax-00009485 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 125.00 | - | 8,361.12 | ALW 11-0155 | jax-101610 |
| 01/05/2012 | jax-00009486 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 233.20 | - | 8,594.32 | ALW 11-0177 | jax-101610 |
| 01/05/2012 | jax-00009487 | M/V ALPS WIDESHINE | 02/15/2012 | USD | 1,737.90 | - | 10,332.22 | ALW 11-0148 | jax-101610 |
| 02/02/2012 | jax-00009939 | M/V ALPS WIDESHINE | 03/15/2012 | USD | 391.46 | - | 10,723.68 | alw-11-0152 | jax-101436 |
| 02/02/2012 | jax-00009940 | M/V ALPS WIDESHINE | 03/15/2012 | USD | 1,378.91 | - | 12,102.59 | alw-11-0145 | jax-101436 |
| 02/02/2012 | jax-00009941 | M/V ALPS WIDESHINE | 03/15/2012 | USD | 146.90 | - | 12,249.49 | alw-11-0143 | jax-101436 |
| 03/14/2012 | jax-00010313 | M/V ALPS WIDESHINE | 04/15/2012 | USD | 74.26 | - | 12,323.75 | 12-0038 | jax-101436 |
| 03/14/2012 | jax-00010314 | M/V ALPS WIDESHINE | 04/15/2012 | USD | 30.00 | - | 12,353.75 | | jax-101712 |
| 03/31/2012 | Closing | | | USD | 12,353.75 | | | | jax-101712 |

Note:
*Kindly include breakdown when remitting payment.*
*This statement reflects all activity as of the closing date shown. It does not include any recent transactions.*

2/32



 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5615 Longleaf St.
Jacksonville FL 32209
USA
Phone +1 904 7681015
Fax +1 904 7681016
E-mail world3@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

# Delivery note

Number ................: jax-04005921
Job no. ................: jax-101610
Date ....................: 1/5/2012
Page ...................: 1     of 1
Sales order ...........: jax-00009321
Customer reference ...: STORES
Customer requisition ....: ALW 11-0182
Ref ......................: zapu/rocr
Our ref. .................: zapu
Storehouse ref. ..........: chiu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial number | Colli mark |
|------|---------|-----------|------|--------|-------------|---------------|------------|
| 1 | 250 | 250,00 | KG | 700615 | COTTONRAGS -WHITE- STANDARD | | |
| 2 | 4 | 4,00 | CAN | USS000512 | HAND CLEANER FAST ORANGE 1 GAL DISPENSER INCLUDED | | |
| 4 | 2 | 2,00 | PCE | 1014687 | SCREWDRIVER PLASTIC HANDLE, SQUARE-BLADE SLOTTED 8X150MM | | |
| 5 | 2 | 2,00 | PCE | 1014689 | SCREWDRIVER PLASTIC HANDLE, SQUARE-BLADE (+) NO.2 100MM | | |
| 6 | 1 | 1,00 | PCE | 1014754 | HAMMER BALL PEIN HANDLED, NO.1/2 (225GRM) | | |
| 7 | 2 | 2,00 | PCE | 1014957 | CHISEL COLD 16X175MM | | |
| 8 | 2 | 2,00 | TU | 590150 | PRUSSIAN BLUE - 22 ML | | |
| 9 | 2 | 2,00 | RL | 1015934 | EMERY TAPE ABRASIVE, 50MMX36.5MTR GRIT #120 | | |
| 10 | 3 | 3,00 | PCE | 4016758 | SPARE CARTRIDGE FOR GAS TORCH | | |
| 11 | 30 | 30,00 | PCE | 1033674 | TAPE SEAL TEFLON, 0.1X20MMX10MTR | | |
| 12 | 1 | 1,00 | LN | 1033696 | TEFLON ROUND 50MM | | |
| 13 | 1 | 1,00 | PCE | 1033699 | TEFLON SHEET 3X300X300MM | | |
| 14 | 1 | 1,00 | PCE | 1033700 | TEFLON SHEET 5X300X300MM | | |
| 15 | 3 | 3,00 | TU | 4033749 | SILICONE GASKET 300CC | | |
| 16 | 6 | 6,00 | BTL | 1033782 | GLUE SUPER BONDER LOCTITE 495, BOND IN SECOND 20GRM | | |
| 17 | 6 | 6,00 | PCE | 1034783 | SPARE PLATE FOR ARC WELDING, 105X50X3MM NO.11 DARK GREEN | | |
| 18 | 12 | 12,00 | PCE | 1034785 | SPARE PLATE FOR ARC WELDING, 105X50X2MM CLEAR | | |
| 19 | 1 | 1,00 | PCK | 1016171 | RIVET BLIND OPENTYPE ALUM-BODY, STEEL-MANDREL 4.0X6.9MM 100'S | | |
| 20 | 1 | 1,00 | PCK | 1016174 | RIVET BLIND OPENTYPE ALUM-BODY, STEEL-MANDREL 4.0X14.0MM 100'S | | |
| 21 | 1 | 1,00 | RL | US813101 | AIR FILTER MEDIA, 60" X 90' X 1" | | |

Crewmembers _____    Cartons _____    Weight _____

M.T. ALPS WIDESHINE

Received ...........

CHIEF ENGINEER



**WORLD**
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St          Phone  +1 904 7681015
Jacksonville fl 32209     Fax    +1 904 7681016
USA                       E-mail world@worldsvp.com

| | | | | Invoice no. | jax-00009480 | Page : 1 |
|---|---|---|---|---|---|---|

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

Invoice no. ............: jax-00009480    Page : 1
Date .............: 1/5/2012
Job no. ..........: jax-101610
Ref .............: rocr/jmar
Account number : 206835

Delivery location: palm beach
ALW 11-0182
STORES

Due .............: 2/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 250.00 | KG | COTTONRAGS -WHITE- STANDARD | 1.69 | 422.50 |
| 2 | 4.00 | CAN | HAND CLEANER FAST ORANGE 1 GAL | 28.75 | 115.00 |
| | | | DISPENSER INCLUDED | | |
| 4 | 2.00 | PCE | SCREWDRIVER PLASTIC HANDLE, SQUARE-BLADE SLOTTED 8X150MM | 3.88 | 7.76 |
| 5 | 2.00 | PCE | SCREWDRIVER PLASTIC HANDLE, SQUARE-BLADE (+) NO.2 100MM | 5.00 | 10.00 |
| 6 | 1.00 | PCE | HAMMER BALL PEIN HANDLED, NO.1/2 (225GRM) | 15.90 | 15.90 |
| 7 | 2.00 | PCE | CHISEL COLD 16X175MM | 10.94 | 21.88 |
| 8 | 2.00 | TU | PRUSSIAN BLUE - 22 ML | 6.88 | 13.76 |
| 9 | 2.00 | RL | EMERY TAPE ABRASIVE, 50MMX36.5MTR GRIT #120 | 15.90 | 31.80 |
| 10 | 3.00 | PCE | SPARE CARTRIDGE FOR GAS TORCH | 6.88 | 20.64 |
| 11 | 30.00 | PCE | TAPE SEAL TEFLON, 0.1X20MMX10MTR | 0.89 | 26.70 |
| 12 | 1.00 | LN | TEFLON ROUND 50MM | 199.24 | 199.24 |
| 13 | 1.00 | PCE | TEFLON SHEET 3X300X300MM | 98.10 | 98.10 |
| 14 | 1.00 | PCE | TEFLON SHEET 5X300X300MM | 184.74 | 184.74 |
| 15 | 3.00 | TU | SILICONE GASKET 300CC | 31.27 | 93.81 |
| 16 | 6.00 | BTL | GLUE SUPER BONDER LOCTITE 495, BOND IN SECOND 20GRM | 16.95 | 101.70 |
| 17 | 6.00 | PCE | SPARE PLATE FOR ARC WELDING, 105X50X3MM NO.11 DARK GREEN | 3.99 | 23.94 |
| 18 | 12.00 | PCE | SPARE PLATE FOR ARC WELDING, 105X50X2MM CLEAR | 2.45 | 29.40 |
| 19 | 1.00 | PCK | RIVET BLIND OPENTYPE ALUM- BODY, STEEL-MANDREL 4.0X6.9MM 100'S | 15.90 | 15.90 |

 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Loockut St.   Phone +1 904 7681015
Jacksonville FL 32209  Fax  +1 904 7681016
USA    E-mail world@worldship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0182
STORES

Invoice no.     jax-00009480   Page : 2
Date .............: 1/5/2012
Job no. ..........: jax-101610
Ref ..............: rocr/jmar
Account number : 206835

Due .............: 2/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| | | | | Carried forward | 1,432.77 |
| 20 | 1.00 | PCK | RIVET BLIND OPENTYPE ALUM-BODY, STEEL-MANDREL 4.0X14.0MM 100'S | 15.90 | 15.90 |
| 21 | 1.00 | RL | AIR FILTER MEDIA, 60" X 90' X 1" | 149.00 | 149.00 |
| | | | Total | USD | 1,597.67 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.

5/32

 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5115 Longleaf St.    Phone  +1 904 7681015
Jacksonville FL 32205    Fax  +1 904 7681016
USA    E-mail  world@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

# Delivery note

Number ..................: jax-04005922
Job no. ..................: jax-101610
Date .....................: 1/5/2012
Page .....................: 1    of 2
Sales order .............: jax-00009325
Customer reference .....: STORES
Customer requisition ....: ALW 11-0154
Ref ......................: zapu/rocr
Our ref. ..................: zapu
Storehouse ref. ..........: chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbe | Colli mark |
|---|---|---|---|---|---|---|---|
| ✓ 1 | 24 | 24,00 | PCE | 4031884 | BATTERY ALKALINE LR6(AM-3), 1.5V | | |
| ✓ 2 | 24 | 24,00 | PCE | 4031885 | BATTERY ALKALINE LR03(AM-4), 1.5V | | |
| ✓ 3 | 1 | 1,00 | PCK | 1031897 | BATTERY RECHARGEABLE R6, 1.2V 500MAH 4'S/PKT | | |
| ✓ 4 | 100 | 100,00 | PCE | 1031247 | LAMP NAVIGATION E-26, 220V 60W | | |
| ✓ 5 | 36 | 36,00 | PCE | 1031260 | LAMP NAVIGATION TUBULAR, B-22 220V 40W | | |
| ✓ 6 | 50 | 50,00 | PCE | 1031261 | LAMP NAVIGATION TUBULAR, B-22 220V 60W | | |
| ✓ 7 | 50 | 50,00 | PCE | 1032242 | FUSE GLASS TUBE TYPE 125V, 3AMP DIA5.2XL20MM | | |
| ✓ 8 | 50 | 50,00 | PCE | 1032247 | FUSE GLASS TUBE TYPE 125V, 10AMP DIA5.2XL20MM | | |
| ✓ 9 | 50 | 50,00 | PCE | 1032632 | TERMINAL LUG INSULATED, FLAT PIN 1.25MM2 W:2MM RED | | |
| ✓ 10 | 100 | 100,00 | PCE | 1032700 | CABLE SHOE CLAMPING TYPE R-TG, NOMINAL SIZE 1.25-3 | | |
| ✓ 11 | 100 | 100,00 | PCE | 1032712 | CABLE SHOE CLAMPING TYPE Y-TG, NOMINAL SIZE 1.25-3L | | |
| ✓ 12 | 2 | 2,00 | PCE | 1032895 | TIP CLEANER FOR SOLDERING IRON | | |
| ✓ 13 | 5 | 5,00 | RL | 541304 | INSULATING TAPE PVC15MM  BLACK | | |
| ✓ 14 | 20 | 20,00 | RL | 1032994 | TAPE RUBBER INSULATION, 20MMX10MTR | | |
| ✓ 15 | 10 | 10,00 | PCE | 1031836 | FLASHLIGHT #2217 2CELL SAFETY, APPROVED | | |
| ✓ 16 | 2 | 2,00 | PCE | 1014703 | SCREWDRIVER STUBBY, PLASTIC HANDLE SLOTTED 38MM | | |
| ✓ 17 | 1 | 1,00 | PCE | 730825 | SCREWDR. PHILLIPS STUBBY (+) | | |
| ✓ 18 | 2 | 2,00 | SET | 1015768 | FILE NEEDLE SET 215MM 5'S, SECOND-CUT | | |
| ✓ 19 | 2 | 2,00 | SET | 1014723 | NUT DRIVER SET 5-12MM 7'S | | |
| ✓ 20 | 1 | 1,00 | PCE | 1014530 | KNIFE ELECTRICIAN'S | | |
| 21 | 2 | 2,00 | PR | 1014459 | PLIER CABLE SHOE 1.25-8MM/SQ | | |
| ✓ 22 | 1 | 1,00 | PR | 1014458 | PLIER MINI DIAGONAL CUTTING, 4-1/2" W/PLASTIC COVER HANDLE | | |
| ✓ 23 | 15 | 15,00 | BTL | 1033782 | GLUE SUPER BONDER LOCTITE 495, BOND IN SECOND 20GRM    496 | | |
| ✓ 26 | 3 | 3,00 | PCE | 2000200 | SEALED LEAD-ACID RECHARGEABLE BATTERY 3FM, 6.5AH, 6V | | |
| ✓ 27 | 2 | 2,00 | PCE | 2000200 | SEALED LEAD-ACID RECHARGEABLE BATTERY YT6V, 4AH, 6V | | |





WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.
Jacksonville FL 32209
USA
Phone +1 904 7681015
Fax +1 904 7681016
E-mail world@worldshp.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Invoice no. | jax-00009481 | Page : 1 | |

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Invoice no.      jax-00009481      Page  : 1
Date ............. : 1/5/2012
Job no. .......... : jax-101610
Ref .............. : rocr/jmar
Account number : 206835

Delivery location: palm beach
ALW 11-0154
STORES

Due .............. : 2/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 24.00 | PCE | BATTERY ALKALINE LR6(AM-3), 1.5V | 0.89 | 21.36 |
| 2 | 24.00 | PCE | BATTERY ALKALINE LR03(AM-4), 1.5V | 0.99 | 23.76 |
| 3 | 1.00 | PCK | BATTERY RECHARGEABLE R6, 1.2V 500MAH 4'S/PKT | 15.97 | 15.97 |
| 4 | 100.00 | PCE | LAMP NAVIGATION E-26, 220V 60W | 8.90 | 890.00 |
| 5 | 36.00 | PCE | LAMP NAVIGATION TUBULAR, B-22 220V 40W | 9.75 | 351.00 |
| 6 | 50.00 | PCE | LAMP NAVIGATION TUBULAR, B-22 220V 60W | 9.84 | 492.00 |
| 7 | 50.00 | PCE | FUSE GLASS TUBE TYPE 125V, 3AMP DIA5.2XL20MM | 1.25 | 62.50 |
| 8 | 50.00 | PCE | FUSE GLASS TUBE TYPE 125V, 10AMP DIA5.2XL20MM | 1.25 | 62.50 |
| 9 | 50.00 | PCE | TERMINAL LUG INSULATED, FLAT PIN 1.25MM2 W:2MM RED | 1.99 | 99.50 |
| 10 | 100.00 | PCE | CABLE SHOE CLAMPING TYPE R-TG, NOMINAL SIZE 1.25-3 | 0.52 | 52.00 |
| 11 | 100.00 | PCE | CABLE SHOE CLAMPING TYPE Y-TG, NOMINAL SIZE 1.25-3L | 0.55 | 55.00 |
| 12 | 2.00 | PCE | TIP CLEANER FOR SOLDERING IRON | 28.41 | 56.82 |
| 13 | 5.00 | RL | INSULATING TAPE PVC15MM BLACK | 2.99 | 14.95 |
| 14 | 20.00 | RL | TAPE RUBBER INSULATION, 20MMX10MTR | 5.99 | 119.80 |
| 15 | 10.00 | PCE | FLASHLIGHT #2217 2CELL SAFETY, APPROVED | 15.90 | 159.00 |
| 16 | 2.00 | PCE | SCREWDRIVER STUBBY, PLASTIC HANDLE SLOTTED 38MM | 5.25 | 10.50 |
| 17 | 1.00 | PCE | SCREWDR. PHILLIPS STUBBY (+) | 4.75 | 4.75 |
| 18 | 2.00 | SET | FILE NEEDLE SET 215MM 6'S, SECOND-CUT | 14.94 | 29.88 |
| 19 | 2.00 | SET | NUT DRIVER SET 5-12MM 7'S | 18.96 | 37.92 |



**WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5115 Longleaf St.                Phone   +1 904 7681015
Jacksonville FL 32209          fax       +1 904 7681016
USA                                 E-mail  world@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

## Delivery note

Number ...................: jax-04005922
Job no. ....................: jax-101610
Date .......................: 1/5/2012
Page ......................: 2    of 2
Sales order ..............: jax-00009325
Customer reference ......: STORES
Customer requisition ....: ALW 11-0154
Ref .......................: zapu/rocr
Our ref. ..................: zapu
Storehouse ref. ..........: chiu
Packaginglocation ......:

| Crewmembers | Cartons | Weight |
|---|---|---|

Received .....: _M.T. ALPS WIDESHINE_

06. 01. 12                    CHIEF ENGINEER

 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.                    Phone   +1 904 7681015
Jacksonville FL 32209                 Fax     +1 904 7681016
USA                                   E-mail  us/443@worldship.com

| | | | | | | |
|---|---|---|---|---|---|---|
| M/V ALPS WIDESHINE | | | | Invoice no. | jax-00009481 | Page : 2 |
| ASP PROCUREMENT SERVICES PTE | | | | Date ............: 1/5/2012 | | |
| 152 BEACH ROAD GATEWAY EAST#05-1/2/3/4 | | | | Job no. ..........: jax-101610 | | |
| SG-189721 SINGAPORE | | | | Ref ..............: rocr/jmar | | |
| SINGAPORE | | | | Account number : 206835 | | |

Delivery location: palm beach

Due ..............: 2/15/2012

ALW 11-0154
STORES

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | | Unit price | Amount |
|---|---|---|---|---|---|---|
| | | | | Carried forward | | 2,559.21 |
| 20 | 1.00 | PCE | KNIFE ELECTRICIAN'S | | 14.75 | 14.75 |
| 21 | 2.00 | PR | PLIER CABLE SHOE 1.25-8MM/SQ | | 39.84 | 79.68 |
| 22 | 1.00 | PR | PLIER MINI DIAGONAL CUTTING, 4-1/2" W/PLASTIC COVER HANDLE | | 11.90 | 11.90 |
| 23 | 15.00 | BTL | GLUE SUPER BONDER LOCTITE 495, BOND IN SECOND 20GRM | | 15.65 | 234.75 |
| 26 | 3.00 | PCE | SEALED LEAD-ACID RECHARGEABLE BATTERY 3FM, 6.5AH, 6V | | 38.00 | 114.00 |
| 27 | 2.00 | PCE | SEALED LEAD-ACID RECHARGEABLE BATTERY YT6V, 4AH, 6V | | 37.64 | 75.28 |
| | | | Total | USD | | 3,089.57 |

Return of goods:
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.



**WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St
Jacksonville FL 32209
USA
Phone  +1 904 768 1015
Fax     +1 904 768 1016
E-mail  wssfl@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

## Delivery note

Number ................: jax-04005923
Job no. ................: jax-101610
Date ....................: 1/5/2012
Page ....................: 1    of 1
Sales order ............: jax-00009328
Customer reference .....: STORES
Customer requisition ...: ALW 11-0155
Ref .....................: zapu/rocr
Our ref. ...............: zapu
Storehouse ref. .........: chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial number | Colli mark |
|------|---------|-----------|------|--------|-------------|---------------|------------|
| 1 | 1 | 1,00 | PCE | 1027844 | BUTTERFLY VALVE WAFER TYPE, W/WORM GEAR 5" | | |

Crowmembers _____   Cartons _____   Weight _____

Received .....: M/V ALPS WIDESHINE

06.01.12  ..........................
CHIEF ENGINEER



 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St          Phone  +1 904 7581015
Jacksonville FL 32209     Fax    +1 904 7581016
USA                       E-mail  world@wss1ship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0155
STORES

Invoice no.      Jax-00009482    Page : 1
Date ..............: 1/5/2012
Job no. ..........: Jax-101610
Ref ..............: rocr/jmar
Account number : 206835

Due ..............: 2/16/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| 1 | 1.00 | PCE | BUTTERFLY VALVE WAFER TYPE, W/WORM GEAR 5" | 589.00 | 589.00 |
| | | | Total | USD | 589.00 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 60 days after delivery against a deduction of
20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than
1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can
not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be
returned.



**WORLD**
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.                Phone  +1 904 7681015
Jacksonville FL 32209          Fax      +1 904 7681016
USA                                   E-mail  world@wssfesusp.com

M/V ALPS WIDESHINE
palm beach, USA

# Delivery note

Number ................: jax-04005924
Job no. .................: jax-101610
Date .....................: 1/5/2012
Page ....................: 1      of 1
Sales order ...........: jax-00009336
Customer reference .....: STORES
Customer requisition ....: ALW 11-0160
Ref ......................: zapu/rocr
Our ref. ................: zapu
Storehouse ref. ..........: chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbe | Colli mark |
|------|---------|-----------|------|--------|-------------|--------------|------------|
| 1 | 300 | 300,00 | PCE | 1001978 | MARINE REFUSE SACK "MAXI", 70X110CM | | |
| 3 | 300 | 300,00 | KG | 700615 | COTTONRAGS -WHITE- STANDARD | | |
| 4 | 4 | 4,00 | CAN | 640410 | BRASSO POLISH - 150 ML | | |
| 5 | 1 | 1,00 | SET | 1015096 | STENCIL LETTER A-Z & 0-9 25MM 76'S | | |
| 6 | 1 | 1,00 | SET | 1015099 | STENCIL LETTER A-Z & 0-9 45MM 76'S | | |
| 7 | 1 | 1,00 | SET | 1015101 | STENCIL LETTER A-Z & 0-9 60MM 76'S | | |
| 9 | 2 | 2,00 | PCE | 1014531 | KNIFE HEAVY-DUTY WITH LEATHER, CASE | | |
| 10 | 2 | 2,00 | PCE | 1019631 | TAPE OIL GAUGE STAINLESS STEEL, METRIC 30MTR | | |

Crewmembers _____          Cartons _____     Weight _____

M.T. ALPS WIDESHINE

Received ....................................
CHIEF ENGINEER

06.01.12





WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.
Jacksonville FL 32209
USA
Phone +1 904 7681015
Fax +1 904 7681016
E-mail world@wrldship.com

| | | | |
|---|---|---|---|
| Invoice no. | jax-00009483 | | Page : 1 |
| Date ............: | 1/5/2012 | | |
| Job no. ..........: | jax-101610 | | |
| Ref .............: | rocr/jmar | | |
| Account number : | 206835 | | |

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0160
STORES

Due ..............: 2/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 300.00 | PCE | MARINE REFUSE SACK "MAXI", 70X110CM | 0.63 | 189.00 |
| 3 | 300.00 | KG | COTTONRAGS -WHITE- STANDARD | 1.55 | 465.00 |
| 4 | 4.00 | CAN | BRASSO POLISH - 150 ML | 6.75 | 27.00 |
| 5 | 1.00 | SET | STENCIL LETTER A-Z & 0-9 25MM 76'S | 68.10 | 68.10 |
| 6 | 1.00 | SET | STENCIL LETTER A-Z & 0-9 45MM 76'S | 89.50 | 89.50 |
| 7 | 1.00 | SET | STENCIL LETTER A-Z & 0-9 60MM 76'S | 135.10 | 135.10 |
| 9 | 2.00 | PCE | KNIFE HEAVY-DUTY WITH LEATHER, CASE | 12.00 | 24.00 |
| 10 | 2.00 | PCE | TAPE OIL GAUGE STAINLESS STEEL, METRIC 30MTR | 69.95 | 139.90 |

|  | Total | USD | 1,137.60 |
|---|---|---|---|

Return of goods:
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.


**WORLD**
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.          Phone  +1 904 7681015
Jacksonville FL 32209     Fax     +1 904 7681016
USA                        E-mail  wss55@worldsvip.com

M/V ALPS WIDESHINE
palm beach, USA

# Delivery note

Number .................... jax-04005925
Job no. ................... jax-101610
Date ...................... 1/5/2012
Page ...................... 1      of 1
Sales order .............. jax-00009339
Customer reference ..... STORES
Customer requisition ... ALW 11-0168
Ref ....................... zapu/rocr
Our ref. .................. zapu
Storehouse ref. ......... chlu
Packaging location ......

| Line | Ordered | Delivered | Unit | Number | Description | Serial number | Colli mark |
|------|---------|-----------|------|--------|-------------|---------------|------------|
| 1 | 30 | 30,00 | RL | 1009388 | TELEPRINTER RECORDING PAPER, 1-PLY WHITE 214MMX175MTR | | |
| 2 | 1 | 1,00 | PCE | 1008788 | MAGNIFYING GLASS 100MM | | |
| 3 | 1 | 1,00 | PCE | 1008978 | MERCHANT FLAG BUNTING, HONDURAS | | |
| 4 | 1 | 1,00 | PCE | 1008996 | MERCHANT FLAG BUNTING, MEXICO | | |
| 5 | 1 | 1,00 | PCE | 1008977 | MERCHANT FLAG BUNTING, HAITI | | |
| 6 | 1 | 1,00 | PCE | 1008810 | MERCHANT FLAG BUNTING, DOMINICAN REPUBLIC | | |
| 7 | 1 | 1,00 | PCE | 1008976 | MERCHANT FLAG BUNTING, GUATEMALA | | |
| 8 | 1 | 1,00 | PCE | 1008803 | MERCHANT FLAG BUNTING, BELIZE | | |
| 9 | 1 | 1,00 | PCE | 1008964 | MERCHANT FLAG BUNTING, COLOMBIA | | |
| 10 | 1 | 1,00 | PCE | 1008969 | MERCHANT FLAG BUNTING, ECUADOR | | |
| 11 | 1 | 1,00 | PCE | 1009007 | MERCHANT FLAG BUNTING, PERU | | |
| 12 | 2 | 2,00 | PCE | 1008959 | MERCHANT FLAG BUNTING, BRAZIL | | |
| 13 | 1 | 1,00 | PCE | 1008955 | MERCHANT FLAG BUNTING, ARGENTINA | 17 FLAGS. | |
| 14 | 1 | 1,00 | PCE | 1008962 | MERCHANT FLAG BUNTING, CHILE | | |
| 15 | 1 | 1,00 | PCE | 1008987 | MERCHANT FLAG BUNTING, JAMAICA | | |
| 16 | 1 | 1,00 | PCE | 1009011 | MERCHANT FLAG BUNTING, PUERTO RICO | | |
| 17 | 1 | 1,00 | PCE | 1008971 | MERCHANT FLAG BUNTING, EL SALVADOR | | |
| 18 | 1 | 1,00 | PCE | 1008966 | MERCHANT FLAG BUNTING, CUBA | | |
| 19 | 3 | 3,00 | PCE | 1011008 | CALCULATOR POCKETABLE 10 DIGIT, SOLAR TYPE MODEL SL-1000 | | |
| 20 | 1 | 1,00 | PCE | 1010855 | RUBBER DATER 4MM-CHARACTERS | | |
| 21 | 1 | 1,00 | PCE | 1010698 | PUNCH PAPER 4-HOLE ADJUSTABLE | | |
| 22 | 1 | 1,00 | PCE | 1010928 | PROTRACTOR PLASTIC 360DEG, 135MM DIAM | | |
| 23 | 1 | 1,00 | PCE | 1010988 | ERASER FOR WHITE BOARD | | |

M.T. ALPS WIDESHINE

Crewmembers _____          Cartons _____          Weight _____

Received ...................................

CHIEF OFFICER



WORLD SHIP SUPPLY SOUTH EAST LLC
5415 Longleaf St        Phone  +1 904 7681015
Jacksonville FL 32209   Fax    +1 904 7681016
USA                     E-mail  world@worldship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0168
STORES

| | | | | Invoice no. | jax-00009484 | Page : 1 |
|---|---|---|---|---|---|---|
| | | | | Date ...............: | 1/5/2012 | |
| | | | | Job no. ..........: | jax-101610 | |
| | | | | Ref ...............: | rocr/jmar | |
| | | | | Account number : | 206835 | |
| | | | | Due ..............: | 2/15/2012 | |
| | | | | Acc.no.: - | | |
| | | | | SWIFT Code: | | |
| | | | | IBAN no.: | | |

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 30.00 | RL | TELEPRINTER RECORDING PAPER, 1-PLY WHITE 214MMX175MTR | 28.75 | 862.50 |
| 2 | 1.00 | PCE | MAGNIFYING GLASS 100MM | 18.94 | 18.94 |
| 3 | 1.00 | PCE | MERCHANT FLAG BUNTING, HONDURAS | 39.75 | 39.75 |
| 4 | 1.00 | PCE | MERCHANT FLAG BUNTING, MEXICO | 58.10 | 58.10 |
| 5 | 1.00 | PCE | MERCHANT FLAG BUNTING, HAITI | 46.75 | 46.75 |
| 6 | 1.00 | PCE | MERCHANT FLAG BUNTING, DOMINICAN REPUBLIC | 38.75 | 38.75 |
| 7 | 1.00 | PCE | MERCHANT FLAG BUNTING, GUATEMALA | 43.21 | 43.21 |
| 8 | 1.00 | PCE | MERCHANT FLAG BUNTING, BELIZE | 38.75 | 38.75 |
| 9 | 1.00 | PCE | MERCHANT FLAG BUNTING, COLOMBIA | 46.95 | 46.95 |
| 10 | 1.00 | PCE | MERCHANT FLAG BUNTING, ECUADOR | 43.44 | 43.44 |
| 11 | 1.00 | PCE | MERCHANT FLAG BUNTING, PERU | 45.90 | 45.90 |
| 12 | 2.00 | PCE | MERCHANT FLAG BUNTING, BRAZIL | 69.85 | 139.70 |
| 13 | 1.00 | PCE | MERCHANT FLAG BUNTING, ARGENTINA | 53.25 | 53.25 |
| 14 | 1.00 | PCE | MERCHANT FLAG BUNTING, CHILE | 38.75 | 38.75 |
| 15 | 1.00 | PCE | MERCHANT FLAG BUNTING, JAMAICA | 52.75 | 52.75 |
| 16 | 1.00 | PCE | MERCHANT FLAG BUNTING, PUERTO RICO | 38.75 | 38.75 |
| 17 | 1.00 | PCE | MERCHANT FLAG BUNTING, EL SALVADOR | 43.45 | 43.45 |
| 18 | 1.00 | PCE | MERCHANT FLAG BUNTING, CUBA | 34.74 | 34.74 |



**WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.          Phone  +1 904 7691015
Jacksonville FL 32205      Fax    +1 904 7691016
USA                        E-mail  world2@worldship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0168
STORES

Invoice no.      Jax-00009484      Page : 2
Date ............: 1/5/2012
Job no. ..........: Jax-101610
Ref .............: rocr/jmar
Account number : 206835

Due .............: 2/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------:|-------:|
| | | | | Carried forward | 1,684.43 |
| 19 | 3.00 | PCE | CALCULATOR POCKETABLE 10 DIGIT, SOLAR TYPE MODEL SL-1000 | 15.90 | 47.70 |
| 20 | 1.00 | PCE | RUBBER DATER 4MM-CHARACTERS | 16.75 | 16.75 |
| 21 | 1.00 | PCE | PUNCH PAPER 4-HOLE ADJUSTABLE | 39.55 | 39.55 |
| 22 | 1.00 | PCE | PROTRACTOR PLASTIC 360DEG, 135MM DIAM | 28.90 | 28.90 |
| 23 | 1.00 | PCE | ERASER FOR WHITE BOARD | 4.95 | 4.95 |
| | | | Total | USD | 1,822.28 |

Return of goods:
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.

 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5435 Longleaf St          Phone  +1904 7651015
Jacksonville FL 32209     Fax    +1904 7651016
USA                       E-mail  world1@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

# Delivery note

Number .................: jax-04005926
Job no. .................: jax-101610
Date .....................: 1/5/2012
Page .....................: 1    of 1
Sales order .............: jax-00009341
Customer reference .....: ELECTRICAL STORES
Customer requisition ....: ALW 11-0165
Ref ......................: nolc/rocr
Our ref. .................: nole
Storehouse ref. .........: chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbe | Colli mark |
|------|---------|-----------|------|--------|-------------|--------------|------------|
| ✓ 5 | 50 | 50,00 | PCE | 1032276 | FUSE GLASS TUBE TYPE 250V, 3AMP DIA6.35XL30MM | | |
| ✓ 6 | 50 | 50,00 | PCE | 1032278 | FUSE GLASS TUBE TYPE 250V, 5AMP DIA6.35XL30MM | | |

Crewmembers _____     Cartons _____     Weight _____

M.T. ALPS WIDESHINE

Received ..................................................

06.02.12 ......................................... CHIEF ENGINEER


**WORLD**
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.                    Phone  +1 904 7681615
Jacksonville FL 32209                Fax    +1 904 7681016
USA                                  E-mail  wss@worldship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

| | |
|---|---|
| Invoice no. | jax-00009485 | Page : 1 |
| Date .............. : | 1/5/2012 |
| Job no. .......... : | jax-101610 |
| Ref .............. : | rocr/jmar |
| Account number : | 206835 |

Due .............. : 2/15/2012

Delivery location: palm beach
ALW 11-0185
ELECTRICAL STORES

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| 5 | 50.00 | PCE | FUSE GLASS TUBE TYPE 250V, 3AMP DIA6.35XL30MM | 1.25 | 62.50 |
| 6 | 50.00 | PCE | FUSE GLASS TUBE TYPE 250V, 5AMP DIA6.35XL30MM | 1.25 | 62.50 |
| | | | Total | USD | 125.00 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of
20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than
1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can
not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be
returned.



**WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.
Jacksonville FL 32209        Phone   +1 904 7681015
USA                          Fax     +1 904 7681016
                             E-mail  world@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

# Delivery note

Number ..................: jax-04005927
Job no. ..................: jax-101610
Date .....................: 1/5/2012
Page ....................: 1    of 1
Sales order ..............: jax-00009345
Customer reference .....: STORES
Customer requisition ....: ALW 11-0177
Ref ......................: zapu/rocr
Our ref. .................: zapu
Storehouse ref. ..........: chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbr | Colli mark |
|------|---------|-----------|------|--------|-------------|--------------|------------|
| 1 | ↓ 4 | 4,00 | PCE | 651101 | PARACHUTE ROCKETS | | |
| 2 | ↓ 6 | 6,00 | PCE | 651101 | HAND FLARES | | |
| 3 | ↓ 2 | 2,00 | PCE | 651101 | BOYANT SMOKE SIGNALS 3 MIN SMOKE 3 MIN SMOKE | | |

Crewmembers _____  _____  Cartons _____  Weight _____

Received .....: _____

M.T. ALPS WIDESHINE

.................................
CHIEF OFFICER



# WORLD
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.          Phone  +1 904 7681015
Jacksonville FL 32209      Fax    +1 904 7681016
USA                        E-mail  worls@worldship.com

MN ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0177
STORES

| | |
|---|---|
| Invoice no. | jax-00009486    Page : 1 |
| Date ............: | 1/5/2012 |
| Job no. ..........: | jax-101610 |
| Ref ..............: | rocr/jmar |
| Account number : | 206835 |
| Due ..............: | 2/15/2012 |
| Aca.no.: - | |
| SWIFT Code: | |
| IBAN no.: | |

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 4.00 | PCE | PARACHUTE ROCKETS | 28.95 | 115.80 |
| 2 | 6.00 | PCE | HAND FLARES | 8.95 | 53.70 |
| 3 | 2.00 | PCE | BOYANT SMOKE SIGNALS 3 MIN SMOKE | 31.85 | 63.70 |
| | | | 3 MIN SMOKE | | |

|  |  |  |  |
|---|---|---|---|
| | Total | USD | 233.20 |

Return of goods:
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of
20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than
1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can
not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be
returned.


**WORLD**
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.
Jacksonville FL 32209
USA
Phone  +1 904 7681015
Fax  +1 904 7681016
E-mail  wssid@worldship.com

M/V ALPS WIDESHINE
palm beach, USA

## Delivery note

Number  ..................: jax-04005928
Job no.  ..................: jax-101610
Date  ..................: 1/5/2012
Page  ..................: 1    of 2
Sales order  ..............: jax-00009410
Customer reference  .....: STATIONARY
Customer requisition  ....: ALW 11-0148
Ref  ....................: nole/rocr
Our ref.  ..................: nole
Storehouse ref.  ..........: chlu
Packaginglocation  ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbr | Colli mark |
|---|---|---|---|---|---|---|---|
| ✓ 1 | 2 | 2,00 | PCE | 572000 | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( BLACK COLOR ) | | |
| ✓ 2 | 2 | 2,00 | PCE | 572000 | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( YELLOW COLOR ) | | |
| ✓ 3 | 2 | 2,00 | PCE | 572000 | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( MAGENTA COLOR ) | | |
| ✓ 4 | 2 | 2,00 | PCE | 572000 | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( CYAN COLOR ) | | |
| 7 | 2 | 2,00 | PCE | 572000 | CARTRIDGE HP 12A FOR HP ( Q2612A ) | | |
| 8 | 2 | 2,00 | PCE | 572000 | CARTRIDGE TONER 85-A | | |
| 10 | 2 | 2,00 | PCE | 572000 | CARTRIDGE HP CC388A/88A | | |
| 11 | 50 | 50,00 | PCE | 572000 | MITSUBISHI GEL PEN ( BLACK COLOR ) | | |
| 12 | 10 | 10,00 | PCE | 570455 | COPY COVER A4 - CLEAR PLASTIC | | |
| 13 | 2 | 2,00 | PA | 530105 | TRACING PAPER A4 | | |
| 14 | 50 | 50,00 | pce | 1010498 | PENCIL FOR OFFICE USE HB, WITHOUT RUBBER TIP | | |
| 15 | 30 | 30,00 | PCE | 1010723 | GLUE STICK 6.2GRM | | |
| 16 | 15 | 15,00 | BTL | 1010677 | CORRECTION FLUID PENCIL TYPE, CLP-13 | | |
| 17 | 50 | 50,00 | PA | 571610 | COPYING PAPER A4 WHITE 80GR | | |
| 19 | 20 | 20,00 | PCE | 1010688 | PENCIL ERASER PLASTIC LARGE, FOR CHARTROOM/OFFICE | | |
| 20 | 15 | 15,00 | PCE | 1010287 | NOTEBOOK SCHOOL USE A-4, 297X210MM 80PAGE | | |
| 21 | 10 | 10,00 | PCE | 1010288 | NOTEBOOK SPIRAL BACK A-5, 210X157MM 80PAGE | | |
| 22 | 5 | 5,00 | PCE | 1038177 | LEVER ARCH FILES, A4 LANDSCAPE, BLACK | | |
| 23 | 5 | 5,00 | PCE | 1010342 | FILE SEMI-HARD COVER W/SPRING, CLIP A-4S 307X225X30MM | | |
| 24 | 12 | 12,00 | PCE | 1010386 | CLIP BOARD HARD BOARD, VERTICAL A-4 | | |
| 25 | 1 | 1,00 | PCK | 1010480 | ENVELOPE WHITE MEDIUM 10'S | | |
| 26 | 12 | 12,00 | PCE | 1010573 | FELT MARKER PEN BROAD LINE, BLUE | | |
| 27 | 12 | 12,00 | PCE | 1010574 | FELT MARKER PEN BROAD LINE, RED | | |
| 28 | 12 | 12,00 | PCE | 1010596 | FLUORESCENT MARKING PEN BLUE 5/BX | | |
| 29 | 12 | 12,00 | PCE | 1010600 | FLUORESCENT MARKING PEN ORANGE-5/BX | | |
| 30 | 20 | 20,00 | CT | 1010732 | PAPER CLIP NO.3(22MM) 100PCS | | |

M.T. ALPS WIDESHINE

CHIEF OFFICER



 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longboat St          Phone  +1 904 7681015
Jacksonville FL 32209     Fax    +1 904 7681016
USA                       E-mail  world@worldship.com

| | | | | Invoice no. | jax-00009487 | Page : 1 |
|---|---|---|---|---|---|---|

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Delivery location: palm beach
ALW 11-0148
STATIONARY

Invoice no. jax-00009487     Page : 1
Date ...............: 1/5/2012
Job no. ...........: jax-101610
Ref ...............: rocr/jmar
Account number : 206835

Due ...............: 2/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 2.00 | PCE | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( BLACK COLOR ) | 57.76 | 115.52 |
| 2 | 2.00 | PCE | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( YELLOW COLOR ) | 26.78 | 53.56 |
| 3 | 2.00 | PCE | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( MAGENTA COLOR ) | 26.78 | 53.56 |
| 4 | 2.00 | PCE | CARTRIDGE FOR HP OFFICEJET 6000.CARTRIDGE NO.920XL ( CYAN COLOR ) | 26.78 | 53.56 |
| 7 | 2.00 | PCE | CARTRIDGE HP 12A FOR HP ( Q2612A ) | 122.07 | 244.14 |
| 8 | 2.00 | PCE | CARTRIDGE TONER 85-A | 106.41 | 212.82 |
| 10 | 2.00 | PCE | CARTRIDGE HP CC388A/88A | 109.87 | 219.74 |
| 11 | 50.00 | PCE | MITSUBISHI GEL PEN ( BLACK COLOR ) | 0.91 | 45.50 |
| 12 | 10.00 | PCE | COPY COVER A4 - CLEAR PLASTIC | 0.18 | 1.80 |
| 13 | 2.00 | PA | TRACING PAPER A4 | 54.00 | 108.00 |
| 14 | 50.00 | pce | PENCIL FOR OFFICE USE HB, WITHOUT RUBBER TIP | 0.11 | 5.50 |
| 15 | 30.00 | PCE | GLUE STICK 6.2GRM | 0.45 | 13.50 |
| 16 | 15.00 | BTL | CORRECTION FLUID PENCIL TYPE, CLP-13 | 2.48 | 37.20 |
| 17 | 50.00 | PA | COPYING PAPER A4 WHITE 80GR | 5.87 | 293.50 |
| 19 | 20.00 | PCE | PENCIL ERASER PLASTIC LARGE, FOR CHARTROOM/OFFICE | 0.26 | 5.20 |
| 20 | 15.00 | PCE | NOTEBOOK SCHOOL USE A-4, 297X210MM 80PAGE | 2.18 | 32.70 |
| 21 | 10.00 | PCE | NOTEBOOK SPIRAL BACK A-5, 210X157MM 80PAGE | 2.64 | 26.40 |
| 22 | 5.00 | PCE | LEVER ARCH FILES, A4 LANDSCAPE, BLACK | 8.09 | 40.45 |



 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.        Phone  +1 904 7681015
Jacksonville FL 32209    fax    +1 904 7681016
USA                      E-mail  wss2@worldssp.com

M/V ALPS WIDESHINE
palm beach, USA

## Delivery note

Number  .................: jax-04005928
Job no.  .................: jax-101610
Date  .....................: 1/5/2012
Page  .....................: 2    of 2
Sales order  .............: jax-00009410
Customer reference  ....: STATIONARY
Customer requisition  ....: ALW 11-0148
Ref  .......................: nole/rocr
Our ref.  ..................: nole
Storehouse ref.  ..........: chlu
Packaginglocation  .....:

| Line | Ordered | Delivered | Unit | Number | Description | Serial number | Colli mark |
|------|---------|-----------|------|--------|-------------|---------------|------------|
| 31 | ✔ 5 | 5,00 | RL | 1010790 | TAPE FOR DYMO TAPE WRITER 8MM, BLUE | | |
| 33 | ✔ 12 | 12,00 | RL | 1010821 | TAPE CELLOPHANE 18MMX35MTRS | | |
| 34 | ✔ 12 | 12,00 | RL | 1010822 | TAPE CELLOPHANE 24MMX35MTRS | | |
| 35 | ✔ 12 | 12,00 | RL | 1010827 | TAPE PAPER DOUBLE SIDE GUMMED, 10MMX10MTR | | |
| 37 | ✔ 12 | 12,00 | PCE | 1010950 | WHITE BOARD MARKER BLUE | | |
| 38 | ✔ 12 | 12,00 | PCE | 1010951 | WHITE BOARD MARKER RED | | |

M.T. ALPS WIDESHINE

CHIEF OFFICER

Crewmembers _____        Cartons _____        Weight _____

Received  .....: _____




**WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.          Phone  +1 904 7681015
Jacksonville FL 32209      Fax    +1 904 7681016
USA                        E-mail  uswid@worldship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

| | |
|---|---|
| Invoice no. | jax-00009487 | Page : 2 |
| Date ............. : | 1/5/2012 |
| Job no. .......... : | jax-101610 |
| Ref .............. : | rocr/jmar |
| Account number : | 206835 |

Due .............. : 2/15/2012

Delivery location: palm beach
ALW 11-0148
STATIONARY

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| | | | | Carried forward | 1,562.65 |
| 23 | 5.00 | PCE | FILE SEMI-HARD COVER W/SPRING, CLIP A-4S 307X225X30MM | 2.19 | 10.95 |
| 24 | 12.00 | PCE | CLIP BOARD HARD BOARD, VERTICAL A-4 | 2.02 | 24.24 |
| 25 | 1.00 | PCK | ENVELOPE WHITE MEDIUM 10'S | 3.91 | 3.91 |
| 26 | 12.00 | PCE | FELT MARKER PEN BROAD LINE, BLUE | 0.67 | 8.04 |
| 27 | 12.00 | PCE | FELT MARKER PEN BROAD LINE, RED | 0.67 | 8.04 |
| 28 | 12.00 | PCE | FLUORESCENT MARKING PEN BLUE 5/BX | 0.67 | 8.04 |
| 29 | 12.00 | PCE | FLUORESCENT MARKING PEN ORANGE-5/BX | 0.67 | 8.04 |
| 30 | 20.00 | CT | PAPER CLIP NO.3(22MM) 100PCS | 0.29 | 5.80 |
| 31 | 5.00 | RL | TAPE FOR DYMO TAPE WRITER 6MM, BLUE | 4.71 | 23.55 |
| 33 | 12.00 | RL | TAPE CELLOPHANE 18MMX35MTRS | 0.18 | 2.16 |
| 34 | 12.00 | RL | TAPE CELLOPHANE 24MMX35MTRS | 1.19 | 14.28 |
| 35 | 12.00 | RL | TAPE PAPER DOUBLE SIDE GUMMED, 10MMX10MTR | 3.07 | 36.84 |
| 37 | 12.00 | PCE | WHITE BOARD MARKER BLUE | 0.72 | 8.64 |
| 38 | 12.00 | PCE | WHITE BOARD MARKER RED | 1.06 | 12.72 |
| | | | Total | USD | 1,737.90 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery, against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.

WORLD SHIP SUPPLY INTERNATIONAL INC.
5415 Longleaf St.
Jacksonville FL 32209    Phone  +1 904 7681015
USA                      Fax    +1 904 7681016
                         E-mail world@worldship.com

M/V ALPS WIDESHINE
savannah,

# Delivery note

Number  ................: jax-04005600
Job no.  ................: jax-101436
Date  ...................: 11/19/2011
Page  ...................: 1     of 1
Sales order  ............: jax-00008568
Customer reference  .....: ADDITIONAL CHRTS
Customer requisition  ...: ALW 11-0152
Ref  ....................: chlu/rocr
Our ref.  ...............: chlu
Storehouse ref.  ........: chlu
Packaginglocation  ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial number | Colli mark |
|------|---------|-----------|------|--------|-------------|---------------|------------|
| 1 | 1 | 1,00 | PCE | 530105 | BA 2866 | | |
| 2 | 1 | 1,00 | PCE | 530105 | BA 3910 | | |
| 3 | 1 | 1,00 | PCE | 530105 | BA 1097 | | |
| 4 | 1 | 1,00 | PCE | 530105 | BA 1217 | | |
| 5 | 1 | 1,00 | PCE | 530105 | BA 2579 | | |
| 6 | 1 | 1,00 | PCE | 530105 | BA 1098 | | |
| 7 | 1 | 1,00 | PCE | 530105 | BA 3853 | | |
| 8 | 1 | 1,00 | PCE | 530105 | SATURDAY FREIGHT CHARGE | | |

Crewmembers _____    Cartons _____    Weight _____

Received  .....: _____



 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longstreet St    Phone   +1 904 7681015
Jacksonville FL 32209    Fax   +1 904 7681016
USA    E-mail   weel3@worldship.com



M/V ALPS WIDESHINE
UNITED BRIGHT MARITIME LTD-
IN RESPECT TO SUPPLIES/SERVICES TO MASTER &
OWNERS OF ALPS WIDESHINE
c/o ASP SHIP MANAGEMENT LTD
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
Delivery location: savannah
alw-11-0152
revised additional charts

| | | |
|---|---|---|
| Invoice no. | jax-00009939 | Page : 1 |
| Date ............. : | 2/2/2012 | |
| Job no. .......... : | jax-101436 | |
| Ref .............. : | /jmar | |
| Account number : | 206835 | |
| | | |
| Due ............. : | 3/15/2012 | |

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 1.00 | PCE | BA 2866 | 48.78 | 48.78 |
| 2 | 1.00 | PCE | BA 3910 | 48.78 | 48.78 |
| 3 | 1.00 | PCE | BA 1097 | 48.78 | 48.78 |
| 4 | 1.00 | PCE | BA 1217 | 48.78 | 48.78 |
| 5 | 1.00 | PCE | BA 2579 | 48.78 | 48.78 |
| 6 | 1.00 | PCE | BA 1098 | 48.78 | 48.78 |
| 7 | 1.00 | PCE | BA 3853 | 48.78 | 48.78 |
| 8 | 1.00 | PCE | SATURDAY FREIGHT CHARGE | 50.00 | 50.00 |

|  |  |  |
|---|---|---|
| Total | USD | 391.46 |

Return of goods:
All Supplies are made in accordance with ISSA conditions of reply as outlined in the Ship Supplies Register. " Any claim with regard to quality
or quantity of delivered goods must be notified in writing to the Vendor within 8 days from delivery. The absence of notification shall be
deemed approval and acceptance of goods as stated delivered by Vendor."

5415 Longleaf St.
Jacksonville FL 32209
USA

Phone  +1 904 7681015
Fax    +1 904 7681016
E-mail  world@worldshp.com

M/V ALPS WIDESHINE
savannah,

# Delivery note

Number ................: jax-04005599
Job no. .................: jax-101436
Date ...................: 11/19/2011
Page ...................: 1    of 1
Sales order ............: jax-00008539
Customer reference .....: CHARTS
Customer requisition ...: ALW 11-0149
Ref ....................: zapu/rocr
Our ref. ...............: zapu
Storehouse ref. .........: chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbe | Colli mark |
|------|---------|-----------|------|--------|-------------|--------------|------------|
| 1 | 1 | 1,00 | PCE | 610800 | BA 3867 | | |
| 2 | 1 | 1,00 | PCE | 610800 | BA 1220 | | |
| 3 | 1 | 1,00 | PCE | 610800 | BA 1218 | | |
| 4 | 1 | 1,00 | PCE | 610800 | BA 396 | | |
| 5 | 1 | 1,00 | PCE | 610800 | BA 1400 | | |
| 6 | 1 | 1,00 | PCE | 610800 | BA 3111 | | |
| 7 | 1 | 1,00 | PCE | 610800 | BA 3098 | | |
| 8 | 1 | 1,00 | PCE | 610800 | BA 1401 | | |
| 9 | 1 | 1,00 | PCE | 610800 | BA 1929 | | |
| 10 | 1 | 1,00 | PCE | 610800 | BA 2258 | | |
| 11 | 1 | 1,00 | PCE | 610800 | BA 1020 | | |
| 12 | 1 | 1,00 | PCE | 610800 | BA 1928 | | |
| 13 | 1 | 1,00 | PCE | 610800 | BA 1021 | | |
| 14 | 1 | 1,00 | PCE | 610800 | BA 1022 | | |
| 15 | 1 | 1,00 | PCE | 610800 | BA 1969 | | |
| 16 | 1 | 1,00 | PCE | 610800 | ADMIRALTY TIDAL PUBLICATION VOL 4 (NP 204) | | |
| 17 | 1 | 1,00 | PCE | 610800 | SAILING DIRECTION'S 69A | | |
| 18 | 1 | 1,00 | PCE | 610800 | SAILING DIRECTION'S 7 | | |
| 19 | 1 | 1,00 | PCE | 610800 | SAILING DIRECTION'S 8 | | |
| 20 | 1 | 1,00 | PCE | 610800 | ADMIRALTY NOTICES TO MARINER'S NP 247(1) | | |
| 21 | 1 | 1,00 | PCE | 610800 | ADMIRALTY NOTICES TO MARINER'S NP 247(2) | | |
| 22 | 1 | 1,00 | PCE | 610800 | METEOROLOGICAL CHART'S B6461 | | |
| 23 | 1 | 1,00 | PCE | 610800 | METEOROLOGICAL CHART'S B6963 | | |
| 24 | 1 | 1,00 | PCE | 610800 | METEOROLOGICAL CHART'S B6962 | | |
| 25 | 1 | 1,00 | PCE | 610800 | BA 4401 | | |

Crewmembers _____    Cartons _____    Weight _____

Received ......: _____

ALPS WIDESHINE
CAL: ...
IMO ...
GT/10 KW



WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St.
Jacksonville FL 32209
USA
Phone +1 904 7681015
Fax +1 904 7681016
E-mail world@worldship.com

27/32

M/V ALPS WIDESHINE
UNITED BRIGHT MARITIME LTD-
IN RESPECT TO SUPPLIES/SERVICES TO MASTER &
OWNERS OF ALPS WIDESHINE
c/o ASP SHIP MANAGEMENT LTD
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
Delivery location: savannah
alw-11-0149
revised charts

Invoice no.      jax-00009940      Page : 1
Date .............: 2/2/2012
Job no. ..........: jax-101436
Ref .............: fjmar
Account number : 206835

Due .............: 3/15/2012

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| 1 | 1.00 | PCE | BA 3867 | 48.78 | 48.78 |
| 2 | 1.00 | PCE | BA 1220 | 48.78 | 48.78 |
| 3 | 1.00 | PCE | BA 1218 | 48.78 | 48.78 |
| 4 | 1.00 | PCE | BA 396 | 48.78 | 48.78 |
| 5 | 1.00 | PCE | BA 1400 | 48.78 | 48.78 |
| 6 | 1.00 | PCE | BA 3111 | 48.78 | 48.78 |
| 7 | 1.00 | PCE | BA 3098 | 48.78 | 48.78 |
| 8 | 1.00 | PCE | BA 1401 | 48.78 | 48.78 |
| 9 | 1.00 | PCE | BA 1929 | 48.78 | 48.78 |
| 10 | 1.00 | PCE | BA 2258 | 48.78 | 48.78 |
| 11 | 1.00 | PCE | BA 1020 | 48.78 | 48.78 |
| 12 | 1.00 | PCE | BA 1928 | 48.78 | 48.78 |
| 13 | 1.00 | PCE | BA 1021 | 48.78 | 48.78 |
| 14 | 1.00 | PCE | BA 1022 | 48.78 | 48.78 |
| 15 | 1.00 | PCE | BA 1969 | 48.78 | 48.78 |
| 16 | 1.00 | PCE | ADMIRALTY TIDAL PUBLICATION VOL 4 (NP 204) | 69.89 | 69.89 |
| 17 | 1.00 | PCE | SAILING DIRECTION'S 69A | 138.32 | 138.32 |
| 18 | 1.00 | PCE | SAILING DIRECTION'S 7 | 138.32 | 138.32 |
| 19 | 1.00 | PCE | SAILING DIRECTION'S 8 | 138.32 | 138.32 |
| 20 | 1.00 | PCE | ADMIRALTY NOTICES TO MARINER'S NP 247(1) | 21.84 | 21.84 |
| 21 | 1.00 | PCE | ADMIRALTY NOTICES TO MARINER'S NP 247(2) | 21.84 | 21.84 |
| 22 | 1.00 | PCE | METEOROLOGICAL CHART'S B6461 | 23.30 | 23.30 |
| 23 | 1.00 | PCE | METEOROLOGICAL CHART'S B6963 | 23.30 | 23.30 |
| 24 | 1.00 | PCE | METEOROLOGICAL CHART'S B6962 | 23.30 | 23.30 |
| 25 | 1.00 | PCE | BA 4401 | 48.78 | 48.78 |

Carried forward      1,378.91


**WORLD**
SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St                Phone   +1 904 7681015
Jacksonville FL 32209           Fax     +1 904 7681016
USA                             E-mail  world@worldship.com

28/32

M/V ALPS WIDESHINE
UNITED BRIGHT MARITIME LTD-
IN RESPECT TO SUPPLIES/SERVICES TO MASTER &
OWNERS OF ALPS WIDESHINE
c/o ASP SHIP MANAGEMENT LTD
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
Delivery location: savannah
alw-11-0149
revised charts

| | |
|---|---|
| Invoice no. | jax-00009940 |
| Date ............: | 2/2/2012 |
| Job no. ..........: | jax-101436 |
| Ref ..............: | /jmar |
| Account number : | 206835 |
| Due ..............: | 3/15/2012 |

Page : 2

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| | | | Carried forward | | 1,378.91 |
| | | | **Total** | **USD** | **1,378.91** |

**Return of goods:**
All Supplies are made in accordance with ISSA conditions of reply as outlined in the Ship Supplies Register. * Any claim with regard to quality
or quantity of delivered goods must be notified in writing to the Vendor within 8 days from delivery.  The absence of notification shall be
deemed approval and acceptance of goods as stated delivered by Vendor.*

**SHIP SUPPLY**

5415 Longleaf St.
Jacksonville FL 32209
USA

Phone  +1 904 7681015
Fax  +1 904 7681016
E-mail  world@worldship.com

M/V ALPS WIDESHINE
savannah,

# Delivery note

Number ................. : jax-04005598
Job no. ................. : jax-101436
Date .................... : 11/19/2011
Page .................... : 1    of 1
Sales order ............. : jax-00008402
Customer reference ..... : STORES
Customer requisition .... : ALW-11-0143
Ref ..................... : fabi/rocr
Our ref. ................ : fabi
Storehouse ref. ......... : chlu
Packaginglocation ......:

| Line | Ordered | Delivered | Unit | Number | Description | Serial numbe | Colll mark |
|------|---------|-----------|------|--------|-------------|--------------|------------|
| 1 | 1 | 1,00 | SET | 1006755 | UNIVERSAL AIRLINE, 9LTR X 2 AT 300BAR | | |
| | | | | | *offer 3/8" airhose * | | |

Crewmembers _____    _____    Cartons _____    Weight _____

Received ..... : _____

ALPS WIDESHINE
MALTA
CALL SIGN: 9HA2472
IMO NO: 9567888
GRT: 5493
NRT: 1647
BHP: 3310 KW

 **WORLD** SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Ivanhoe St          Phone  +1 904 7681015
Jacksonville FL 32209    Fax    +1 904 7681016
USA                      E-mail world@worldship.com



M/V ALPS WIDESHINE
UNITED BRIGHT MARITIME LTD-
IN RESPECT TO SUPPLIES/SERVICES TO MASTER &
OWNERS OF ALPS WIDESHINE
c/o ASP SHIP MANAGEMENT LTD
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
Delivery location: savannah
alw-11-0143
revised stores

| | |
|---|---|
| Invoice no. | jax-00009941 | Page : 1 |
| Date ..............: | 2/2/2012 |
| Job no. ..........: | jax-101436 |
| Ref ...............: | fjmar |
| Account number : | 206835 |
| Due ..............: | 3/15/2012 |

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|------------|--------|
| 1 | 1.00 | SET | UNIVERSAL AIRLINE, 9LTR X 2 AT 300BAR | 146.90 | 146.90 |
| | | | Total | USD | 146.90 |

Return of goods:
All Supplies are made in accordance with ISSA conditions of reply as outlined in the Ship Supplies Register. " Any claim with regard to quality
or quantity of delivered goods must be notified in writing to the Vendor within 8 days from delivery. The absence of notification shall be
deemed approval and acceptance of goods as stated delivered by Vendor."



WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longleaf St          Phone   +1 904 7681015
Jacksonville FL 32209     Fax     +1 904 7681016
USA                       E-mail  world3@wcel3ship.com



M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

Invoice no.      jax-00010313       Page  : 1
Date ............: 3/14/2012
Job no. ..........: jax-101712
Ref ..............: rocr/jmar
Account number  : 206835

Due ..............: 4/15/2012

Delivery location: west palm beach
12-0038
ELECTRICAL

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| 1 | 1.00 | PCE | NAVIGATION LIGHT POWER SUPPLY S60-24 | 74.26 | 74.26 |
| | | | Total    USD | | 74.26 |

Return of goods:
All Supplies are made in accordance with ISSA conditions of reply as outlined in the Ship Supplies Register. " Any claim with regard to quality
or quantity of delivered goods must be notified in writing to the Vendor within 8 days from delivery.  The absence of notification shall be
deemed approval and acceptance of goods as stated delivered by Vendor."



# WORLD
## SHIP SUPPLY

WORLD SHIP SUPPLY SOUTHEAST LLC
5415 Longshot St          Phone  +1 904 7681015
Jacksonville FL 32209     Fax    +1 904 7681016
USA                       E-mail world@worldship.com

M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

| | |
|---|---|
| Invoice no. | jax-00010314    Page : 1 |
| Date .............. : | 3/14/2012 |
| Job no. .......... : | jax-101712 |
| Ref .............. : | rocr/jmar |
| Account number : | 206835 |

Due .............. : 4/15/2012

Delivery location: west palm beach

FREIGHT

Acc.no.: -
SWIFT Code:
IBAN no.:

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|-----------|--------|
| 1 | 1.00 | PCE | FREIGHT FOR PO 12-0038 | 30.00 | 30.00 |
| | | | Total | USD | 30.00 |

Return of goods:
All Supplies are made in accordance with ISSA conditions of reply as outlined in the Ship Supplies Register. * Any claim with regard to quality
or quantity of delivered goods must be notified in writing to the Vendor within 8 days from delivery. The absence of notification shall be
deemed approval and acceptance of goods as stated delivered by Vendor.*