# WRIST SHIP SUPPLY

WRIST EUROPE
(Rotterdam) B V
Butaanweg 5A
3196 KC Pernis
Rotterdam
Netherlands
Phone: +31 10 428 4300
Fax: +31 10 495 3955
Email: rotterdam@wrist.com
Web: www.wrist.com
VAT No. 801207514B01



| | |
|---|---|
| To the Master and/or Owners of<br>M/V ALPS WIDESHINE<br>ASP PROCUREMENT SERVICES PTE<br>152 BEACH ROAD GATEWAY EAST#05-1/2/3/4<br>SG-189721 SINGAPORE<br>SINGAPORE | Invoice no.    rot-00057387      Page : 1<br>Date ............: 11/2/2011<br>Job no. ..........: rot-124484<br>Ref .............: /rore<br>Account number : 206835 |
| Delivery location: ROTTERDAM<br>ALW 11-0141 | Due .............: 12/15/2011<br>RABO BANK<br>Acc.no.: -0145961834<br>SWIFT Code: RABO NL 2U<br>IBAN no.: NL56 RABO 0145961834 |

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 3.00 | BTL | CYLINDER REFRIGERANT R-404A; CAPACITY 10KGS | 242.00 | 726.00 |
| 2 | 1.00 | PCE | CYLINDER REFRIGERANT R-407C, CAPACITY 10KGS | 273.00 | 273.00 |
| | | | Total | EUR | 999.00 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.



**WRIST** SHIP SUPPLY

WRIST EUROPE
(Rotterdam) B.V
Butaanweg 5A
3196 KC Pernis
Rotterdam
Netherlands

Phone: +31 10 428 4300
Fax: +31 10 495 3956
E-mail: rotterdam@wrist.com
Web: www.wrist.com
VAT No: 801207514B01

2|4

To the Master and/or Owners of
M/V ALPS WIDESHINE
UNITED BRIGHT MARITIME LTD
c/o ASP SHIP MANAGEMENT LTD
GRANITE HOUSE
LEVEL 1
31 STOCKWELL STREET
Delivery location: ROTTERDAM
ALW 11-0137
DECK STORES

Invoice no.       rot-00060801
Date ............: 1/20/2012
Job no. ..........: rot-124273
Ref ..............: /rore
Account number : 206835

Due ..............: 2/15/2012
RABO BANK
Acc.no.: -0145961834
SWIFT Code: RABO NL 2U
IBAN no.: NL56 RABO 0145961834

Page : 1

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 6.00 | CAN | SPAN GAS 30LEL PROPANE IN 34 LTR CAN ART NO.90 | 65.78 | 394.68 |
| 2 | 2.00 | CAN | SPAN GAS 50LEL ISO-BUTANE IN 34 LTR CAN ART NO.90 | 32.34 | 64.68 |
| 3 | 1.00 | CAN | SPAN GAS 50LEL ISO-BUTANE IN 34 LTR CAN ART NO.90 | 32.34 | 32.34 |
|   |   |   | Total | EUR | 491.70 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.


**WRIST SHIP SUPPLY**

WRIST EUROPE
(Rotterdam) B.V.
Binnenweg 5A
3196 KC Pernis
Rotterdam
Netherlands
Phone +31 10 428 4300
Fax +31 10 495 3966
E-mail rotterdam@wrist.com
Web www.wrist.com
VAT No. 801207514B01

3|4

| | | |
|---|---|---|
| To the Master and/or Owners of | Invoice no. rot-00060804 | Page : 1 |
| M/V ALPS WIDESHINE | Date .............: 1/20/2012 | |
| UNITED BRIGHT MARITIME LTD | Job no. ..........: rot-124273 | |
| c/o ASP SHIP MANAGEMENT LTD | Ref ...............: /rore | |
| GRANITE HOUSE | Account number : 206835 | |
| LEVEL 1 | | |
| 31 STOCKWELL STREET | Due .............: 2/15/2012 | |
| Delivery location: ROTTERDAM | RABO BANK | |
| ALW 11-0140 | Acc.no.: -0145961834 | |
| CABIN STORES | SWIFT Code: RABO NL 2U | |
| | IBAN no.: NL56 RABO 0145961834 | |

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 24.00 | PCE | BATH TOWEL BLEU 75X140 CM | 2.30 | 55.20 |
| 2 | 24.00 | PCE | BED SHEET WHITE 140 x 250 CM | 4.61 | 110.64 |
| 3 | 1.00 | PA | TOOTHPICKS 90 PCS | 0.21 | 0.21 |
| 4 | 48.00 | CT | TISSUE PAPER ECONOMY SIZE | 1.01 | 48.48 |
| 5 | 3.00 | SA | TOILET PAPER 2 PLY - 4X16 RLL | 10.08 | 30.24 |
| 6 | 144.00 | PCE | LUX SOAP 100 GR | 0.22 | 31.68 |
| 7 | 48.00 | PA | WASHING POWDER "JELP" 2,8KG | 2.71 | 130.08 |
| 8 | 6.00 | SA | WASHING POWDER "ANWAR" - 25KG | 16.27 | 97.62 |
| 9 | 12.00 | BTL | RINSE AID "EFFECT" - 2 LTR | 0.97 | 11.64 |
| 10 | 2.00 | BTL | DETERGENT LEMON 500 ML | 0.36 | 0.72 |
| | | | Total | EUR | 516.51 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.



**WRIST SHIP SUPPLY**

WRIST EUROPE
(Rotterdam) BV
Butaanweg 5A
3196 KC Pernis
Rotterdam
Netherlands
Phone: +31 10 428 4300
Fax: +31 10 495 3966
E-mail: rotterdam@wrist.com
Web: www.wrist.com
VAT No: 801207514B01

d|4

| | | |
|---|---|---|
| To the Master and/or Owners of<br>M/V ALPS WIDESHINE<br>UNITED BRIGHT MARITIME LTD<br>c/o ASP SHIP MANAGEMENT LTD<br>GRANITE HOUSE<br>LEVEL 1<br>31 STOCKWELL STREET<br>Delivery location: ROTTERDAM<br>ALW 11-0138<br>CABIN STORES | Invoice no.         rot-00060806<br>Date ............: 1/20/2012<br>Job no. .........: rot-124273<br>Ref .............: /rore<br>Account number : 206835<br><br>Due .............: 2/15/2012<br>RABO BANK<br>Acc.no.: -0145961834<br>SWIFT Code: RABO NL 2U<br>IBAN no.: NL56 RABO 0145961834 | Page : 1 |

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 1.00 | TIN | **WE OFFER DRUM 200 LTR-1-2 DAYS DEL TIME**TOLUENE(FOR CLEANING DECK AND EQUIPMENT FROM CARGO), TIN X 20LITRES, ART NO. 914 | 370.76 | 370.76 |
| | | | Total          EUR | | 370.76 |

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.

**INTERNATIONALT FRAGTBREV**
**INTERNATIONALER FRACHTBRIEF**  7301710

| DTL - ITD |

Illegible CMR consignment note / international waybill. Most printed field entries are not clearly legible.

Field 28 stamp: **ONDER VOORBEHOUD OVERGENOMEN VOOR VERDER VERVOER**

**WRIST** SHIP SUPPLY

To the Master and/or Owners of
M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721 SINGAPORE
SINGAPORE

Invoice no.    rot-00057387    Page 1
Date           02-11-2011
Job no.        iot-124484
Ref.           /diwe
Account number: 206835

Due            15-12-2011
RABO BANK
Acc no.: 0145961834
SWIFT Code: RABO NL 2U
IBAN no. NL56 RABO 0145961834

Delivery location: ROTTERDAM
ALW/11-0141

| Line | Pieces | Unit | Name | Unit price | Amount |
|------|--------|------|------|------------|--------|
| 1 | 3.00 | BTL | CYLINDER REFRIGERANT R-404A, CAPACITY 10KGS | 242.00 | 726.00 |
| 2 | 1.00 | PCE | CYLINDER REFRIGERANT R-407C, CAPACITY 10KGS | 273.00 | 273.00 |
|   |   |   | Total | our | 999,00 |

Recieved
Ch. eng [signature] M/T ALPS WIDESHINE

................................
CHIEF ENGINEER

**Return of goods:**
If the return is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery, against a deduction of 35% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the products shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 100 or less per order line can not be returned.


**WRIST** SHIP SUPPLY

To the Master and/or Owners of
M/V ALPS WIDESHINE
ASP SHIP MANAGEMENT PTY LTD
Level 4, 479 St.Kilda Road
MELBOURNE AU-3004
AU

Delivery location: ROTTERDAM
ALW 11-0137
DECK STORES

Invoice no.      rot-00057328          Page : 1
Date ............: 01-11-2011
Job no. .........: rot-124273
Ref .............: diwe/lahe
Account number : 706812

Due ............: 15-12-2011
RABO BANK
Acc no.: 0145961834
SWIFT Code: RABO NL 2U
IBAN no.: NL56 RABO 0145961834

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 6,00 | CAN | SPAN GAS 30LEL PROPANE IN 34 LTR CAN ART NO.90 | 65,78 | 394,68 |
| 2 | 2,00 | CAN | SPAN GAS 50LEL ISO-BUTANE IN 34 LTR CAN ART NO.90 | 32,34 | 64,68 |
| 3 | 1,00 | CAN | SPAN GAS 50LEL ISO-BUTANE IN 34 LTR CAN ART NO.90 | 32,34 | 32,34 |
| | | | Total | EUR | 491,70 |

*rebilled on invoice*

*rot-0006080 1*

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.

# WRIST SHIP SUPPLY

To the Master and/or Owners of
M/V ALPS WIDESHINE
ASP SHIP MANAGEMENT PTY LTD
Level 4, 479 St.Kilda Road
MELBOURNE AU-3004
AU

Delivery location: ROTTERDAM
ALW 11-0140
CABIN STORES

Invoice no.      rot-00057329      Page : 1
Date ............: 01-11-2011
Job no. .........: rot-124273
Ref .............: diwe/lahe
Account number : 706812

Due .............: 15-12-2011
RABO BANK
Acc.no.: -0145961834
SWIFT Code: RABO NL 2U
IBAN no.: NL56 RABO 0145961834

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 24,00 | PCE | BATH TOWEL BLEU 75X140 CM | 17,12 | 410,88 |
| 2 | 24,00 | PCE | BED SHEET WHITE 140 x 250 CM | 34,31 | 823,44 |
| 3 | 1,00 | PA | TOOTHPICKS 90 PCS | 1,56 | 1,56 |
| 4 | 48,00 | CT | TISSUE PAPER ECONOMY SIZE KINDLY CHECK QUANTITY | 7,52 | 360,96 |
| 5 | 3,00 | SA | TOILET PAPER 2 PLY - 4X16 RLL | 74,94 | 224,82 |
| 6 | 144,00 | PCE | LUX SOAP 100 GR | 1,64 | 236,16 |
| 7 | 48,00 | PA | WASHING POWDER "JELP" 2,8KG | 20,17 | 968,16 |
| 8 | 6,00 | SA | WASHING POWDER "ANWAR" - 25KG | 121,01 | 726,06 |
| 9 | 12,00 | BTL | RINSE AID "EFFECT" - 2 LTR | 7,22 | 86,64 |
| 10 | 2,00 | BTL | DETERGENT LEMON 500 ML | 2,68 | 5,36 |

Total    DKK    3.844,04

$EUR = 516.51$

Rebilled as invoice

rot - 00060804

Return of goods:
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.


**WRIST** SHIP SUPPLY

To the Master and/or Owners of
M/V ALPS WIDESHINE
ASP SHIP MANAGEMENT PTY LTD
Level 4, 479 St.Kilda Road
MELBOURNE AU-3004
AU

Delivery location: ROTTERDAM
ALW 11-0138
CABIN STORES

Invoice no.       rot-00057330        Page : 1
Date ............: 01-11-2011
Job no. .........: rot-124273
Ref .............: diwe/lahe
Account number : 706812

Due .............: 15-12-2011
RABO BANK
Acc no.: -0145961834
SWIFT Code. RABO NL 2U
IBAN no.: NL56 RABO 0145961834

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 1,00 | TIN | "WE OFFER DRUM 200 LTR-1-2 DAYS DEL TIME"TOLUENE(FOR CLEANING DECK AND EQUIPMENT FROM CARGO), TIN X 20LITRES, ART NO. 914 | 2.759,20 | 2.759,20 |
|  |  |  | Total   DKK | | 2.759,20 |

EUR = 370.76

rebilled on

invoice

rot - 00060806

---

**Return of goods:**
If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned.