SCHIERBECK
General Ship Supplier

DK-2650 Hvidovre
Phone +45 39 29 55 55
Fax +45 39 29 55 66

Danish Supply Corporation A/S
CVR No. 20 70 44 70
VAT No. DK 20 73 19 31

To the Master and/or Owners of
M/V ALPS WIDESHINE
UNITED BRIGHT MARITIME LTD
c/o ASP SHIP MANAGEMENT LTD
GRANITE HOUSE
LEVEL 1
31 STOCKWELL STREET
GLASGOW
Delivery location: HAMBURG
ALW-11-0176
DECK STORES

Invoice no.               aal-00421369         Page..: 1
Date...................: 07-02-2012
Job no.................: aal-279752
Ref......................: mik/MABO
Account number..: 12978

Due....................: 08-03-2012
Nordea Bank Danmark A/S
Acc.no.: 2100-549982133 8
SWIFT Code: NDEADKKK
IBAN no.: DK4320005499821338

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 3,00 | PCE | **1-2 WEEKS** TANKRADAR FOR CARGO TANK "VEGAPULS 62", TYPE: PS62, CXDGD5HKMXX, NO.10142, FCC ID: 06QPULS 616263, ART NO.381.42.48, MAKERS NO:VEGA 77761 SCHILTACH/GERMANY | 2.836,88 | 8.510,64 |
| | | | Total                          eur | | 8.510,64 |

---

**Return of goods:**

If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned. *NB: WE HEREBY DECLARES THAT THE ITEMS IN ABOVE ORDERS DO NOT CONTAIN ASBESTOS*

SCHIERBECK
General Ship Supplier

DK-2650 Hvidovre
Phone: +45 39 29 55 55
Fax: +45 39 29 55 66

Danish Supply Corporation A/S
CVR No. 20 70 44 70
VAT No. DK 20 73 19 31

To the Master and/or Owners of
M/V ALPS WIDESHINE
ASP PROCUREMENT SERVICES PTE
152 BEACH ROAD GATEWAY EAST#05-1/2/3/4
SG-189721  SINGAPORE
SINGAPORE

Invoice no.          aal-00426832        Page..: 1
Date.....................: 29-02-2012
Job no..................: aal-279752
Ref........................: mik/MABO
Account number ..: 12978

Delivery location: HAMBURG
DHL
HANDLING

Due.....................: 30-03-2012
Nordea Bank Danmark A/S
Acc.no.: 2100-549982133 8
SWIFT Code: NDEADKKK
IBAN no.: DK4320005499821338

| Line | Pieces | Unit | Name | Unit price | Amount |
|---|---|---|---|---|---|
| 1 | 1,00 | . | WRIST MARINE LOGISTIC<br>wml-00045462 | 133,18 | 133,18 |
|  |  |  | Total                                eur | | 133,18 |

**Return of goods:**

If an error is caused by the customer, the goods can be returned at the customer's expense within 90 days after delivery against a deduction of 20% of the purchase price. The contents and packaging must be undamaged. Goods with a short shelf-life can only be returned if more than 1/3 of the product's shelf-life remains at the time of reception of goods. Goods ordered according to special specifications and dimensions can not be returned unless otherwise agreed upon at the time of order. Goods at a value of USD 17/DKK 100 or less per order line can not be returned. *NB: WE HEREBY DECLARES THAT THE ITEMS IN ABOVE ORDERS DO NOT CONTAIN ASBESTOS*



(Aalborg)  Fax  +45 98 16 16 33
Stigsborgvej 60  E-mail  wmlaalborg@wrist.c
P.O. Box 215  A/S reg. no.  10134188
DK-9400 Noerresundby  Vat no.  10134188
Denmark

MARINE LOGISTICS

SCHIERBECKS SUPPLY SERVICE A
ATT: MICHAEL KLIM
C/O WRIST SHIP SUPPLY
STIGSBORGVEJ 60
DK-9400 NØRRESUNDBY
DENMARK

*AAL-1120090*

## Faktura nr.  wml-00045462

| | | | | | |
|---|---|---|---|---|---|
| Deres ordre : M/V ALPS WIDESHINE | | | Side : | | 1 / 1 |
| Deres ref. : | | | Ordre : | | wml-044151 |
| Leveringssted : | | | Projektnummer : | | wml-119134 |
| Leveringsdato : 15-02-2012 | | | Følgeseddel : | | |
| Betaling : lb. md + 30 dage | | | Fakturadato : | | 24-02-2012 |
| Debitorkonto : 818501 | | | Forfaldsdato : | | 30-03-2012 |

| Vare nummer | Navn | Bestilt | Leveret | Enhed | Enhedspris | Beløb |
|---|---|---|---|---|---|---|
| 1 DHL EXPRESS | DHL Express<br>1 cll. / 9 kgs. / vol. 14 kgs.<br>Courier sent to Fort Lauerdale on<br>13.02.2012.<br>DHL AWB: 857 5116 886 | 1,00 | 1,00 | X | 850,00 | 850,00 |
| 2 FUEL | Fuel Surcharge 16,5% | 1,00 | 1,00 | X | 140,25 | 140,25 |
| | | | | Ordresaldo | | 990,25 |
| | | | | Grandtotal DKK | | 990,25 |

*AAL-279752*

Nordea Bank S.W.I.F.T.: NDEADKKK · Account DKK 2100 6880 697 895 · IBAN DK9820006880697895

EXPRESS WORLDWIDE (N **WPX** *DHL*)

From Wrist Marine Logistics
Kasica Mortensen) +45 99 31 84 50
Stigsborgvej 60
9400 Nørresundby
DK Denmark

To Dovie Supri Lott Ship Agency, Inc.
M/V 'ALPS WIDESHINE' in tran
C/O Fillette Green Shipping
SE 17th Street 1326
Suite 805
33311 Fort Lauderdale Florida
US United States of America

Phone: +1 954 527 040

Origin AAR

US-TMB-TMB

| | Day | Time |
| Ref code | Schierbeck / Michael | Piece Weight: 9 kg | Place |
| Account No | Kilm | Pickup date: 2012-02-13 | 1/1 |
| | 302746307 | | |

Content / Commerce Control Statement / RC
Shipspares in transit

WAYBILL 85 7511 6885





(2L)US33311+48000001

(J)JD01 3052 0192 3002 3044

ry Signature



| Details | | Package Details |
|---|---|---|
| date/time : 2012-02-16 00:30 | Pick up date/time : | Number of pieces |
| Area Code : TMB TMB | Origin Area Code : | Weight : |
| : TM1W-A | Product Code : | AirWay Bill number |
| or Name : TM1W | Cash Amount : | Piece Ide |
| ode : OK | | **8575116885** |

mer Name :

ss :

.Zip :

nic Signature

R LIBER

*(signature)*

)K - R LIBER
MB - TM1W
2012-02-15 11:28:00

120215TM1WA9985 SIG TMB TMB 001 20120215 112800.tif

PCDD – USL3 – EDelivery1.ppt